UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMET DUVAN,<br><br>          Plaintiff,<br><br>          v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS) ET AL.,<br><br>          Defendants. | No. 2:26-cv-05704-CAS-SSC<br><br>**ORDER RE: JOINT STIPULATION [10] TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Hon. Christina A. Snyder<br>United States District Judge |

Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefore,

IT IS HEREBY ORDERED that the instant action shall be stayed until January 1, 2027. In the event that adjudication is not completed and/or the case dismissed by January 1, 2027, the parties will file a further status report to the Court by that date.

Dated:  July 23, 2026

_Christina A. Snyder_
_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE