**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMET DUVAN,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS) ET AL.,<br><br>        Defendants. | No. 2:26-cv-05704-CAS-SSC<br><br>**AMENDED ORDER [11] RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION**<br><br>NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT |

Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefore,

IT IS HEREBY ORDERED that the instant action shall be stayed until January 1, 2027. In the event that adjudication is not completed and/or the case dismissed by January 1, 2027. the parties will file a further status report to the Court by that date and every quarter thereafter until the action has been reactivated on this Court's active caseload or a stipulation for dismissal is filed.

/ / /

/ / /

IT IS HEREBY ORDERED that this action is hereby removed from this Court's active caseload until further application by the parties or order of this Court. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  All dates in this action are hereby **VACATED.**

**IT IS SO ORDERED.**

Dated:  July 23, 2026

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE